UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERMAINE STEWART, ET AL | CIVIL ACTION |
| VERSUS | NO. 10-4016 & consol. cases<br>Pertains to: all cases |
| LESTER J. PLAISANCE, INC. ET AL | SECTION "C" (2) |

ORDER AND REASONS

This matter comes before the Court on several dispositive motions: (1) motion for summary judgment filed by two of the plaintiffs/claimants, Jermaine Stewart ("Stewart") and Gary Smith ("Smith"); (2) third motion for summary judgment filed by Global Oilfield Contractors, L.L.C. ("Global"); (3) second motion for summary judgment filed by Lester J. Plaisance, Inc. ("Plaisance"); (4) motion for summary judgment denying limitation of liability defense by Plaisance filed by the plaintiffs/claimants; and (5) motion for summary judgment on the issue of exoneration from or limitation of liability filed on behalf of Plaisance. Rec. Docs. 244, 270, 286, 280, 304. Having reviewed the record, the memoranda of counsel and the law, the Court rules as follows.

The parties have stipulated that the vessel LA 3683AJ, the M/V BEAGLE and the LIL Jeff are names for a single vessel owned by Plaisance, that Plaisance chartered that vessel to Global on June 15, 2010, and that Global chartered the vessel to Grand Isle Shipyard, Inc. ("GIS") on June 9, 2010. Rec. Doc. 331. Stewart and Smith were employed by GIS on August 10, 2010, and plaintiff/claimant Dwayne Vessel ("Vessel") was employed by American

Pollution Control Corporation ("Ampol"), when they were allegedly injured on board the vessel when an allegedly defective throttle malfunctioned.  They filed claims for negligence and unseaworthiness under the Jones Act and general maritime law against the defendants.  Plaisance and Global filed petitions for limitation of liability.

The Court has previously denied motions for summary judgment filed by Global and Plaisance.[1]  Rec. Docs. 138, 158, 243.  It does not find these refiled motions, or the motions filed by the plaintiffs/claimants, warrant summary judgment.  All of these motions concern the allegedly defective condition of the throttle on the vessel, and when that defect was known or should have been known.  The plaintiffs/claimants argue that the Court should find the defendants negligent and the vessel unseaworthy based on evidence of mechanical problems contained in safety meeting reports before the accident, along with the deposition testimony of Jacob Guillot ("Guillot"), a representative of the National Response Center ("NRC") and the plaintiffs/claimants.  GIS, Plaisance, Global and AMPOL oppose with evidence of repairs to the throttle and evidence that the vessel was taken out of service and unknowingly returned to service before further repairs just before the accident.  Rec. Docs. 279, 284, 293, 307.  Plaisance and Global move again for summary judgment based on an alleged lack of defect at the time of charter, despite record evidence that throttle problems repeatedly occurred during the entirety of the respective charters.  Given the evidence, there are sufficient genuine issues of material fact to preclude summary judgment in favor of any

---

[1] The Court did dismiss the Jones Act and maintenance and cure claims against Plaisance and Global.  Rec. Doc. 243, 158.

party.

Accordingly,

IT IS ORDERED that the motion for summary judgment filed Jermaine Stewart and Gary Smith is DENIED. Rec. Doc. 244, 340

IT IS FURTHER ORDERED that the third motion for summary judgment filed by Global Oilfield Contractors, L.L.C. is DENIED. Rec. Doc. 270

IT IS FURTHER ORDERED that the motion for summary judgment denying limitation of liability defense by Lester J. Plaisance, Inc. filed by the plaintiffs/claimants is DENIED. Rec Doc. 280.

IT IS FURTHER ORDERED that the second motion for summary judgment filed by Lester J. Plaisance, Inc. is DENIED. Rec. Doc. 286.

IT IS FURTHER ORDERED that the motion for summary judgment on the issue of exoneration from or limitation of liability filed on behalf of Lester J. Plaisance, Inc. filed by the plaintiffs/claimants is DENIED. Rec. Doc. 304.

New Orleans, Louisiana, this 7th day of May, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE